UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-80220-RUIZ/REINHART

DAVID POSCHMANN,

    Plaintiff,

v.

DELRAY BEACH ASSOCIATES, INC. and
LUV SHAK HOSPITALITY, INC.

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

The parties hereto, through counsel, inform the Court that this matter has been fully resolved.[1]

| | |
|---|---|
| s/Drew M. Levitt | s/Gregory R. Elder |
| Drew M. Levitt | Gregory R. Elder |
| Florida Bar No. 782246 | Florida Bar No. 54006 |
| drewmlevitt@gmail.com | gelderlaw@gmail.com |
| Lee D. Sarkin | ELDER LAW OFFICES |
| Florida Bar No. 962848 | 2300 NW Corporate Blvd., Suite 215 |
| lsarkin@aol.com | Boca Raton, Florida 33345 |
| 4700 N.W. Boca Raton Boulevard | Telephone (305) 546-1061 |
| Suite 302 | Attorneys for Defendant, Delray Beach |
| Boca Raton, Florida 33431 | Associates, Inc. |
| Telephone (561) 994-6922 | |
| Attorneys for Plaintiff | s/Adam G. Wasch |
| | Adam G. Wasch |
| | Florida Bar No. 071082 |
| | awasch@waschraines.com |
| | WASCH RAINES LLP |
| | 2500 N. Military Trail |
| | Boca Raton, Florida 33431 |
| | Telephone (561) 693-3221 |
| | Attorneys for Luv Shak Hospitality, Inc. |

---

[1] There is currently a hearing scheduled tomorrow, May 21, 2020, at 10:00 a.m. in this action.